| | | | |
|---|---|---|---|
| AUSA: | Barbara Lanning | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Ryan Roskey | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Rodney Edmonson

Case No.

Case: 2:25−mj−30722
Assigned To : Unassigned
Assign. Date : 11/25/2025
Description: RE: RODNEY EDMONSON (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 24, 2025__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Ryan Roskey, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: November 24, 2025

_Judge's signature_

City and state: Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Ryan Roskey, being duly sworn, depose and state the following:

## I. INTRODUCTION

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have served as such since 2019. During that time, I have investigated numerous violations of federal law. I am presently assigned to the Lansing Resident Agency of FBI Detroit Division. As such, I am an "investigative or law enforcement officer" within the meaning of Section 2510(7) of Title 18, United States Code; that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2. Prior to becoming an FBI Special Agent, I was employed as a police officer and detective for approximately 10 years. As a police detective, I was responsible for numerous types of complex criminal investigations involving child abuse, sexual assault, internet crimes against children, child sexual abuse material, drug endangered children, human trafficking, narcotics trafficking, firearms violations, gang investigations, fugitives, and violent crime. In this role, I was assigned to the United States Marshals Violent Fugitive Task Force and the FBI Omaha Safe Streets Task Force.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. The FBI is currently conducting a criminal investigation concerning Rodney EDMONSON, for violation of 18 U.S.C. § 922(g)(1) as a felon in possession of a firearm.

## II.     CRIMINAL HISTORY

5. I reviewed records related to EDMONSON's criminal history and learned that on or February 3, 1999, EDMONSON was indicted in the United States District Court for the Northern District of West Virginia in a drug trafficking indictment. On June 14, 1999, a jury found EDMONSON guilty of one count of conspiracy to commit drug trafficking, and two counts of tampering with a witness. On or about September 3, 1999, EDMONSON was sentenced to 240 months' incarceration, followed by three years' supervised release. According to the Bureau of Prisons website, EDMONSON was released from custody on July 25, 2016.

6. Based on the seriousness of EDMONSON's convictions, and the time he spent incarcerated or under supervision as a result of those convictions, there is probable cause to believe that EDMONSON is aware of his status as a convicted felon.

### III. PROBABLE CAUSE

7. Throughout 2025, DEA, Internal Revenue Service Criminal Investigations (IRS-CI), FBI, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Michigan State Police (MSP), and Lansing Police Department (LPD) have been investigating EDMONDSON for drug trafficking, money laundering, and various firearms offenses.

8. On November 21, 2025, DEA obtained a warrant for EDMONSON's residence on Lahser Road, Southfield, Michigan, as well as two vehicles associated with EDMONSON. Investigators executed the warrant on November 24, 2025.

9. EDMONSON was present when law enforcement arrived and was the only person in the home. While searching the residence, law enforcement located more than twenty firearms in the basement of the home. Specifically, law enforcement recovered:

    a. A Ruger, Model 57, 5.7 x 28mm pistol, with magazine;

    b. A Glock, 9mm pistol, with magazine;

    c. A Taurus pistol with 5 live rounds of .45 colt ammunition;

 d. Four Smith & Wesson SD40VE pistols;

 e. A Glock, Model 23 pistol, with loaded magazine;

 f. A Smith & Wesson SD9 pistol, with loaded magazine;

 g. A Glock, Model 43X pistol;

 h. A Glock, Model 20 pistol, with magazine;

 i. A Smith & Wesson M&P45 pistol, with magazine;

 j. A Glock, Model 22 pistol;

 k. A Sig Sauer, Model P320 pistol, with magazine;

 l. A Sig Sauer, Model P365 XL pistol, with magazine;

 m. A Glock 19 9mm pistol, with loaded magazine.

 n. A Walther PPK 15 9mm pistol;

 o. An IO Inc. Model MODIO15, multi-caliber firearm;

 p. Anderson Manufacturing AM15, multi-caliber firearm with optical site;

 q. An APF Model APF-9 pistol;

 r. A KelTec CNC Inc., Model CMR30, .22 firearm;

 s. And a Spike's Tactical Model ST-15, with optical site and magazine.

Many of the firearms were in a box under the basement stairs. One of the pistols was located sitting on top of a table in the basement, and one of the firearms was

4

propped up in a corner of the basement.



10.    Law enforcement also recovered a Polymer80 firearm (a ghost gun); approximately $23,622 in United States currency; bulk assorted ammunition; suspected marijuana; suspected mushrooms; multiple phones; suspected cocaine in a clear vial and clear plastic bag; an unlabeled prescription bottle containing miscellaneous pills; and bottle of Hydrocodone-Acetemin (not prescribed to EDMONSON) from EDMONSON's home.

11.    On November 24, 2025, I received information from ATF Interstate Nexus Expert, Special Agent Kara Klupacs, and provided information about the firearms described in paragraph 9. SA Klupacs concluded that the firearms were manufactured outside the State of Michigan and are firearms as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

5

## IV. CONCLUSION

12. Probable cause exists to believe that on November 24, 2025, Rodney EDMONSON knowingly possessed a firearm after having been convicted of a felony offense in violation of Title 18 U.S.C. Section 922(g). This violation occurring within the Eastern District of Michigan.

Respectfully submitted,

_____
Ryan Roskey, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means

_____
Honorable David R. Grand
United States Magistrate Judge

Dated:  November 24, 2025

6